No. 168. LOUIS H. DENEE *v.* PETER MORRISON. Error to the Supreme Court of the State of Washington. Submitted January 3, 1921. Decided January 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the au-

thority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, §2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1.   *Mr. Fred B. Morrill* for plaintiff in error.   *Mr. Reese H. Voorhees* and *Mr. F. T. Post* for defendant in error.